Fill in this information to identify the case:

Debtor 1: Daniel Hunter Street

Debtor 2 (Spouse, if filing): ______

United States Bankruptcy Court for the: Western District of Louisiana (State)

Case number: 25-31344

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** BOKF, N.A., a national banking association d/b/a BOK Financial, as successor in interest by merger to Bank of Oklahoma, N.A.

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 0031

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

- ☒ No
- ☐ Yes. Date of the last notice: ____/____/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 1/07/2026- Prep, filing of POC, Plan Review & Objection | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: ______ | | (10) | $ |
| 11. Other. Specify: ______ | | (11) | $ |
| 12. Other. Specify: ______ | | (12) | $ |
| 13. Other. Specify: ______ | | (13) | $ |
| 14. Other. Specify: ______ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ */s/L.Graham Arceneaux*
Signature

Date 1/15/2026

Print: L. Graham Arceneaux
First Name Middle Name Last Name

Title Attorney

Company Graham, Arceneaux & Allen, LLC

Address 3850 N. Causeway Blvd., Suite 1695
Number Street
Metairie, LA 70002
City State ZIP Code

Contact phone (504) 522-8256

Email bankruptcy@gra-arc.com

# ICE Invoicing

IP ADMIN Graham, Arceneaux,& Allen /

Home Invoice Open Search eMessages Reports Servicers Loan Changes Fee Costs Support Help Logoff

Save & Submit | Save & Hold | Void | Review | Remit | Resolution | History eMsg | Create eMsg | Reminder | Referrals

**+ Invoice Information**

**Invoice #:** 25-1411
**Status:** Approved
**Servicer:** BANK OF OKLAHOMA, N.A.
**Loan #:**
**Acquisition Date:**
**Invoice Date:** 1/9/2026
**Created Date:** 1/9/2026
**Submitted Date:** 1/9/2026
**Deadline Date:**

**Invoice Type:** Bankruptcy Services - Chapter 13
**Vendor Ref #:**
**Department:** Bankruptcy
**Filing State:** Louisiana
**Invoice ID:**
**Contact:** Gary Barnes
**Loan Type:** FannieMae
**Borrower:** STREET DANIEL HUNTER
**Address:** 113 MCELROY ST
**City, State:** MONROE Louisiana
**Zip:** 71203
**Property Type:**

**Referral Type:** Bankruptcy

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 01/09/2026 | | | | 01/09/2026 | | | 1 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adjustment Summary | Quote | Service Request | Guideline | History | Payment | Chronology

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $1,925.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc. Milestone: | Exc Inv Allw: |
| **Costs** | Total: | $105.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Inv Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | **Inv Amt:** | **$2,030.00** | **Prev. Billed:** | **$0.00** | **Loan Total Fees/Costs Prev.Billed:** $85.00 | | **Exc Inv Allw:** |

Add | Remove All

| N | A | B | I | O | Category | Subcategory | Aff. Ind. | Date | Qty | Price | Billed | Exc. Allow | Adjust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | Recording Costs | Fee / Recording | | 12/05/25 | 1 | $105.00 | $0.00 | | $0.00 |
| N | | | | | Attorney Fees | Proof of Claim | | 01/07/26 | 1 | $1,225.00 | $0.00 | | $0.00 |
| N | | | | | Attorney Fees | Objection to Confirmation | | 01/07/26 | 1 | $700.00 | $0.00 | | $0.00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE: DANIEL HUNTER STREET

CASE # 25-31344
CHAPTER 13

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges has been furnished to the following:

Daniel Hunter Street
113 McElroy Street
Monroe, LA 71203

***The following entities were served by electronic transmission only:

Elijah Orum Young, III
200 Washington Street
Monroe, LA 71201
ecf@eorumyoung.com

E. Eugene Hastings
P.O. Box 14839
Monroe, LA 71207
ecftr@ch13monroe.com

Office of U.S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
USTPRegion05.SH.ECF@usdoj.gov

Dated this January 15, 2026

Graham, Arceneaux & Allen, LLC
Respectfully Submitted:
_/s/L. Graham Arceneaux_
Louis Graham Arceneaux (#25334)
Foerstner Graham Meyer (#37801)
Attorneys for Mover
Two Lakeway
3850 N. Causeway Blvd., Ste. 1695
Metairie, LA 70002
(504) 522-8256
bankruptcy@gra-arc.com